Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiffs in Pro Per

**FILED**

Dec 10 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ ArianaF  DEPUTY

NUNC PRO TUNC
12/7/2018

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br>  Plaintiff,<br><br>vs.<br><br>Corporate Debt Processing, a California corporation;<br><br>Ronald Allgower, an individual and officer of Corporate Debt Processing;<br><br>Alex Krauss, an individual and senior manager of Corporate Debt Processing;<br><br>  Defendants. | Civil Case No. 18-cv-2518-DMS-KSC<br><br>**NOTICE OF SETTLEMENT** |

May it please the Court, Plaintiff Anton Ewing (herein "Plaintiff" or "Ewing"), have reached a settlement and are only awaiting signatures on the written agreement negotiated with California attorney Sheri Guerami, Esq, on

PLAINTIFF'S NOTICE OF SETTLEMENT - 1

18CV2518

1  behalf of all defendants.  A Rule 41 joint dismissal will be filed upon satisfaction
2  of all terms and conditions within the next two weeks.
3
4  Dated:  December 7, 2018
5
6                                                            /S/ *Anton Ewing*
                                                             Anton Ewing, Plaintiff
7