**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendants
Corporate Debt Processing, Ronald
Allgower and Alex Krauss

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual, | Case No.: 3:18-cv-02518-DMS-KSC |
| v. | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| CORPORATE DEBT PROCESSING, A California Corporation; RONALD ALLGOWER, An Individual And Officer Of Corporate Debt Processing; ALEX KRAUSS, An Individual And Senior Manager Of Corporate Debt Processing; | |

1  Plaintiff Anton Ewing ("Plaintiff"), on his own behalf, and Defendants Corporate Debt Processing, Ronald Allgower and Alex Krauss ("Defendants"), through their counsel, (Plaintiff and Defendants collectively, "Parties"), hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that the above-captioned action be dismissed with prejudice in its entirety. The Parties further stipulate that each party shall bear its own costs and attorneys' fees.

DATED: December 10, 2018.

Anton Ewing

By_____
Anton Ewing
Plaintiff In Pro Per

DATED: December 10, 2018.

YU | MOHANDESI LLP

By   */s/ Sheri Guerami*
Sheri Guerami
Attorneys for Defendants
Corporate Debt Processing, Ronald Allgower and Alex Krauss

**CERTIFICATE OF SERVICE**

I certify that on December 11, 2018, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing was also mail served via First Class U.S. Mail to the following parties:

***Plaintiff Pro Se***
Anton Ewing
3077 B Clairemont Drive, #372
San Diego, CA 92117

DATED: December 11, 2018

*/s/ Sheri Guerami*
Sheri Guerami