# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual, | Case No.: 3:18-cv-02518-DMS-KSC |
| v. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| CORPORATE DEBT PROCESSING, A California Corporation; RONALD ALLGOWER, An Individual And Officer Of Corporate Debt Processing; ALEX KRAUSS, An Individual And Senior Manager Of Corporate Debt Processing; | |

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-entitled action are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  December 12, 2018

Hon. Dana M. Sabraw
United States District Judge